IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02104-MSK-MEH

TIM DUNCAN,

      Plaintiff,

v.

CHARLES BANKS,

      Defendant.

_____

**MINUTE ORDER**
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 8, 2015**.

      The Joint Unopposed Motion for Protective Order [filed December 4, 2015; docket #32] is **denied without prejudice** and the proposed protective order is refused for the following reasons. First, any order concerning the restriction ("sealing") of documents on the record shall comply with D.C. Colo. LCivR 7.2. Second, any proposed protective order must be consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a *specific* mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89. Third, the Court will not retain jurisdiction over matters related to the proposed order after the case has been closed.

      The parties are reminded that, if they choose to re-file their motion in accordance with this order, they shall also provide a copy of the proposed order to Chambers in useable format (Word, Word Perfect).