IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02104-MSK-MEH

TIM DUNCAN,

    Plaintiff,

v.

CHARLES BANKS,

    Defendant.

_____

### MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 6, 2016**.

    Plaintiff's Unopposed Motion to Amend Scheduling Order [<u>filed January 5, 2016; docket #35</u>] is **granted in part and denied in part**.  There is nothing in the operative Scheduling Order demonstrating that the deadline for joinder of parties and amendment of pleadings "affects" the remaining deadlines; in fact, in this District, such deadline is presumptively set 45 days after the scheduling conference in accordance with D.C. Colo. LCivR App. F.1.  Beyond his conclusory statement in this regard, the Plaintiff provides no other justification for extending deadlines other than that set for joinder of parties and amending the pleading.

    Thus, for good cause shown, paragraph 9 of the operative Scheduling Order shall be modified as follows:

A.    Deadline for Joinder of Parties and Amendment of Pleadings:    February 8, 2016

    1.    Deadline for Answer or Response to Amended Pleading:    March 9, 2016

All other deadlines and conference dates shall remain the same.