IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02104-MSK-MEH

TIM DUNCAN,

      Plaintiff,

v.

CHARLES BANKS,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 11, 2016**.

      The Joint Motion to Vacate Scheduling Order [filed February 9, 2016; docket #46] is **denied**. The parties have failed to demonstrate good cause for what is, in essence, a request for an indefinite stay of discovery in this case.