IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02104-MSK-MEH

TIM DUNCAN,

    Plaintiff,

v.

CHARLES BANKS,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 22, 2016**.

    Defendant's "Agreed" Motion to Clarify Answer Deadline [filed February 18, 2016; docket #55] is **granted**. Defendant shall file an answer or other response to the Amended Complaint on or before April 8, 2016.