IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02104-MSK-MEH

TIM DUNCAN,

    Plaintiff,

v.

CHARLES BANKS,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 7, 2016**.

    Plaintiff's Second Unopposed Motion to Amend Scheduling Order [filed March 3, 2016; docket #60] is **granted in part and denied in part** as follows. For good cause shown, paragraph 9 of the operative Scheduling Order shall be modified as follows:

| | | |
|---|---|---|
| A. | Deadline for Joinder of Parties and Amendment of Pleadings: | April 11, 2016 |
| | 1.   Deadline for Answer or Response to Amended Pleading: | May 13, 2016 |
| B. | Discovery Cut-off: | October 31, 2016 |
| C. | Dispositive Motion Deadline: | December 1, 2016 |
| D.3. | Designation of initial experts: | July 25, 2016 |
| D.4. | Designation of rebuttal experts: | August 25, 2016 |