IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:15-cv-02104-MSK-MEH | Date: | March 28, 2016 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:* *Counsel:*

TIM DUNCAN                                          Harold Haddon
                                                    Michael Bernard
                                                    Richard Danysh

  Plaintiff,

v.

CHARLES BANKS                                       Alfonso Arreola
                                                    Alicia Castro
                                                    Janet Militello

  Defendant,

COMERICA BANK                                       Paul Malingagio

  Interested Party.

---

**COURTROOM MINUTES**
**MOTION HEARING**

---

**1:54 p.m.**     **Court in session.**

Court calls case. Counsel for the defendant appeared by telephone.

Discussion was held regarding categories of documents requested.

**ORDERED**:     [38] Motion to Compel Discovery by Plaintiff is GRANTED IN PART AND DENIED IN PART as stated on the record.

[49] First Motion for Protective Order is GRANTED IN PART AND DENIED IN PART as stated on the record.

The deadline for amendment of pleadings and joinder of parties is extended to May 9, 2016. Defendants have until June 9, 2016 to file an Answer.

> The first round of documents to be produced by Comerica are to be produced to all parties on or before April 25, 2016.
>
> The second round of documents to be produced by Comerica are to be produced to all parties on or before June 16, 2016.
>
> Any documents that Comerica intends to be classified as "attorneys' eyes only" are to be submitted to Chambers for an *in camera* review. All documents submitted to Chambers are required to have identifying bates numbers.
>
> Comerica is to be entered as an Interested Party with Paul Malingagio as counsel of record.

**3:30 p.m.**     **Court in recess.**    Hearing concluded.
Total in-court time    01:36

*To obtain a transcript of this proceeding, please contact