IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

| | | |
|---|---|---|
| TIM DUNCAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL NO. 15-CV-2104-MSK-MEH |
| | § | |
| CHARLES BANKS and | § | |
| and GAMEDAY ENTERTAINMENT, LLC | § | |
| | § | |
| | § | |
| Defendants. | § | |

## JOINT SETTLEMENT STATUS REPORT

Plaintiff Tim Duncan ("Duncan") and Defendant Charles Banks ("Banks"), in accordance with this Court's June 30, 2016 Minute Order [ECF # 84], herby file this Joint Settlement Status Report and would show the Court as follows:

As of today, the parties in the arbitration proceeding under the authority of JAMS, styled No. 110080798, *Charles Banks, Terroir Hotel and Resort Fund II, L.P. and Terroir Winery Fund, L.P., v. Tim Duncan* (the "Arbitration"), have agreed to and executed a Confidential Settlement Agreement and Release. Duncan and Banks were both parties to the Arbitration and signatories to the Confidential Settlement Agreement and Release. The parties to the Arbitration have also submitted an Agreed Notice of Dismissal with Prejudice to JAMS.

With the settlement of the Arbitration finalized, both Duncan and Banks will now turn their attention to settlement negotiations regarding the above-captioned proceeding. Both Duncan and Banks plan to work in good-faith to reach an acceptable settlement of this matter.

Dated: August 15, 2016

Respectfully submitted,

By: */s/ Richard C. Danysh*
    Richard C. Danysh
    J. Tullos Wells
    Michael Bernard
    Jacqueline Garza-Rothrock
    BRACEWELL LLP
    300 Convent Street, Suite 1500
    San Antonio, Texas 78205
    (210) 226-1166
    (800) 404-3970 (facsimile)
    richard.danysh@bracewelllaw.com
    tullos.wells@bracewelllaw.com
    michael.bernard@bracewelllaw.com
    jacqueline.garza-rothrock@bracewelllaw.com

    Amy Parker
    BRACEWELL LLP
    711 Louisiana Street, Suite 2300
    Houston, Texas 77002
    amy.parker@bracewelllaw.com

    Harold A. Haddon
    HADDON, MORGAN AND FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    (303) 831-7364
    (303) 832-.2628 (facsimile)
    hhaddon@hmflaw.com

    *Counsel For Plaintiff Tim Duncan*

By: */s/ Janet E. Militello*
    Janet E. Militello
    A. Antroy Arreola
    Alicia Castro
    LOCKE LORD LLP
    2800 JPMorgan Chase Tower
    600 Travis Street
    Houston, Texas 77002
    (713) 226-1200
    (713) 223-3717 (facsimile)
    jmilitello@lockelord.com
    aarreola@lockelord.com
    acastro@lockelord.com

    *Counsel For Defendant Charles Banks*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have consented to electronic notification. I further certify that a true and correct copy of the foregoing was served on counsel of record on August 15, 2016 as indicated below:

*via email*

Richard C. Danysh
J. Tullos Wells
Michael Bernard
Jacqueline Garza-Rothrock
BRACEWELL LLP
300 Convent Street, Suite 1500
San Antonio, Texas 78205
Email: tullos.wells@bracewelllaw.com
      richard.danysh@bracewelllaw.com
      michael.bernard@bracewelllaw.com
      jacqueline.garza-rothrock@bracewelllaw.com

Amy Parker
BRACEWELL LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Email: amy.parker@bracewelllaw.com

Harold A. Haddon
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Email: hhaddon@hmflaw.com

*Counsel for Plaintiff Tim Duncan*

Darrell M. Daley
WILLIAMS & DALEY LLC
1426 Pearl Street, Suite 207
Boulder, Colorado 80302
Email: darrell@williamsdaley.com

*Counsel for Defendant Gameday Entertainment, LLC*

                                        */s/ Janet E. Militello*
                                        Janet E. Militello